

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2015

No. 04-15-00298-CR

**THE STATE OF TEXAS**,
Appellant

v.

Jose **ESQUIVEL**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 457593
Honorable Walden Shelton, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court